NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3053

TYLER J. STEVENS,

Petitioner,

v.

DEPARTMENT OF THE AIR FORCE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no.
DE0752090207-I-1.

## O R D E R

Tyler J. Stevens moves to reinstate his petition for review.

This petition was dismissed by this court on January 22, 2010 for failure to file a brief and a Fed. Cir. R. 15(c) Statement Concerning Discrimination. Stevens has now submitted his Statement and requested an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The mandate will be recalled, the court's January 22, 2010 order will be vacated, the motion to reinstate will be granted, and the petition will be reinstated if Stevens files his informal brief within 21 days from the date of filing of this order.

FOR THE COURT

FEB 25 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Tyler J. Stevens (informal brief form enclosed)
Roger A. Hipp, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2010

JAN HORBALY
CLERK